IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JUDY LAKES, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:08-CV-161 (CDL) |
| TJX COMPANIES, INC., d/b/a T.J. Maxx, | * |
| | * |
| Defendant. | * |

O R D E R

Plaintiff has failed to comply with her discovery obligations in this action.  The Court previously granted Defendant's motion to compel and ordered Plaintiff to provide her Rule 26(a) initial disclosures to Defendant, to provide full and complete responses to Defendant's interrogatories and document requests, and to cooperate in the scheduling of her deposition.  The Court warned Plaintiff that if she did not comply with the Court's Order the Court would likely dismiss her Complaint with prejudice.  (Order at 2, June 26, 2009, Doc. 17.)  Despite this warning, Plaintiff failed to comply with the Court's Order: Plaintiff provided partial, unverified responses to the interrogatories but has not provided her initial disclosures or a response to Defendant's document requests. Accordingly, Defendant asks the Court to dismiss Plaintiff's Complaint with prejudice under Federal Rule of Civil Procedure 37(b)(2).  Presently pending before the Court are Defendant's Motion for Attorney Fees (Doc. 19) and Defendant's Motion for Sanctions (Doc. 20).  The Court grants both

motions.  The Court hereby dismisses Plaintiff's Complaint with prejudice as a sanction for Plaintiff's failure to comply with the Court's June 26th Order.  *See* Fed. R. Civ. P. 37(b)(2)(A)(v).  The Court also orders Plaintiff to pay the reasonable expenses associated with Defendant's Motion to Compel and Motion for Sanctions, which the Court finds to be $500.00.[1]  *See* Fed. R. Civ. P. 37(b)(2)(C); Fed. R. Civ. P. 37(d)(3).

IT IS SO ORDERED, this 21st day of July, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

---

[1] The Court finds this to be the total amount of fees and expenses that should be awarded under all of the circumstances in this case, and thus Defendant should not waste time filing a supplemental motion for additional expenses or fees.